# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments only:  
P.O Box 1918  
Memphis, TN  38101-1918

November 30, 2009

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:   04-15349         Jennifer L. Bernstein

To Whom It May Concern:

    Enclosed please find check #805156 in the amount of $762.40. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.          4

    Account#           09080104577

    Creditor           Citifinancial  
                        Investment Recovery  
                        P.O. Box 913  
                        Owingsmills, MD 21117

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli